SCWC-29352

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I, ex rel. DAVID M. LOUIE, Attorney General, and DEAN H. SEKI, Comptroller, State of Hawai'i, Petitioners/Plaintiffs-Appellants, Cross-Appellees,

vs.

HAWAII GOVERNMENT EMPLOYEES ASSOCIATION, AFSCME LOCAL NO. 152, AFL-CIO; UNITED PUBLIC WORKERS, AFSCME LOCAL NO. 646, AFL-CIO; ROYAL STATE CORPORATION; ROYAL STATE NATIONAL INSURANCE COMPANY, LTD.; THE ROYAL INSURANCE AGENCY, INC.; VOLUNTARY EMPLOYEES' BENEFIT ASSOCIATION OF HAWAII; MANAGEMENT APPLIED PROGRAMMING, INC., Respondents/Defendants-Appellees, Cross-Appellants.

---

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(ICA NO. 29352; CIV. NO. 02-1-0685)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Petitioners/Plaintiffs-Appellants, Cross-Appellees State of Hawai'i, ex rel. David M. Louie, Attorney General, and Dean H. Seki, Comptroller, State of Hawaii's application for writ of certiorari filed on June 17, 2013, is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawai'i, July 31, 2013.

Deirdre Marie-Iha
for petitioners

Paul A. Schraff for
Royal respondents

Charles A. Price for
respondent HGEA

Adrian W. Rosehill
and Alan J. Ma for
respondent UPW

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

